In the Matter of STEPHEN R. HUNTER, Respondent, v ORANGE COUNTY BOARD OF ELECTIONS, Respondent, and ROBERT A. ONOFRY, Appellant.

Submitted October 22, 2008; decided October 23, 2008

Motion, insofar as the Orange County Interim County Organization of the New York State Independence Party et al., seek

leave to intervene, denied; motion, insofar as said movants seek leave to appear amici curiae on the appeal herein, granted.